Fernando F. Chavez, Esq. SBN 86902
Hector E. Salitrero. Esq. SBN 81186
LAW OFFICES OF FERNANDO F. CHAVEZ
1530 The Alameda, Suite 301
San Jose, CA. 95126
(408) 971-3903; Fax (408) 971-0117
hsalitrero@ffchavez.com

**e-filed 3-4-09**

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FLOR de MARIA GONZALEZ-MARTINEZ, individually; EGON WILFREDO GONZALEZ MARTINEZ, individually; and BLANCA CLEMENCIA GALAN-RUBALLO, individually, ANGEL ROBERTO GONZALEZ-GALAN, a minor by MARGARITA COLON, his Guardian ad Litem<br><br>Plaintiffs,<br><br>vs.<br><br>MICHELIN NORTH AMERICA, INC., a New York corporation, MICHELIN AMERICAS RESEARCH & DEVELOPMENT CORPORATION, a Delaware corporation, THE UNIROYAL GOODRICH TIRE COMPANY, a Delaware corporation;<br>Defendants. | Case No.: 08:-CV-01898-JAM-EFB<br><br>EX PARTE APPLICATION FOR ORDER AUTHORIZING ACCESS TO EVIDENCE HELD BY CALIFORNIA HIGHWAY PATROL; DECLARATION IN SUPPPORT THEREOF (PROPOSED) ORDER AND PROTECTIVE ORDER<br><br>Hearing Date:<br><br>Court Room:<br><br>Judge: Hon. John A. Mendez<br><br>Magistrate: Hon. Edmund F. Brennan |

1

## EX PARTE APPLICATION

Plaintiffs hereby apply Ex Parte for an order authorizing the California Highway Patrol ("CHP") to release to Plaintiffs' counsel, evidence collected and retained regarding the automobile accident of August 23, 2006, and reported in CHP Case No. 2006 08 0117, and currently held at CHP facility at 1500 Bell Drive, Atwater, CA 95301.

This Ex Parte Application is based upon the Declaration of Hector E. Salitrero, Counsel for Plaintiffs, submitted herewith and which follows.

DATED:   March 4, 2009
                              LAW OFFICES OF FERNANDO F. CHAVEZ.


                              By: __:_____s/Hector E. Salitrero_____
                                      Hector E. Salitrero
                                      Attorney for Plaintiffs

## DECLARATION OF HECTOR E. SALITRERO

I, Hector E. Salitrero, declare as follows:

1.   I am an associate with the law firm of The Law Offices of Fernando F. Chavez, counsel of record for Plaintiffs in the above-captioned action.

2

2.  The evidence of the accident in Case No. 2006 08 0117, collected and analyzed by the California Highway Patrol ("CHP"), is being retained by the CHP at their facility at 1500 Bell Drive, Atwater, CA 95301.

3.  In response to Plaintiffs' Counsel's prior effort to obtain access to said evidence, including a Uniroyal Laredo AWR tire, bearing a Department of Transportation serial number of APM12C3U309, which, based upon information and belief, delaminated and caused the accident of August 23, 2006, the CHP responded that under a newly adopted policy, the evidence would not be disclosed or released unless authorized or directed by a court order because the accident involved a death.

4.  On February 27, 2009, Declarant telephonically spoke to CHP Officer Watson, who advised that the officer in charge of custody and release of evidence is Sgt. Lamerson. Officer Watson stated the evidence in Case No. 2006 08 0117 continues to be currently held at the Atwater CHP facility and that CHP policy continues to require a court order before such evidence can be released.

5.  Declarant respectfully requests the issuance of an order authorizing the CHP to release the evidence in Case No. 2006 08 0117 to Plaintiffs' Counsel, and their agents, investigators and/or expert consultants; and assures the Court that such evidence will not be subjected to any destructive testing and will be maintained and preserved, and made available to counsel for defendants in the future for non-destructive testing, examination and analysis. Declarant further assures the Court that Plaintiffs' Counsel will make such evidence available as evidence for any future proceeding in the above-captioned action, including but not limited to trial.

3

EX PARTE APPLICATION FOR ORDER AUTHORIZING ACCESS TO EVIDENCE HELD BY CALIFORNIA HIGHWAY PATROL; DECLARATION IN SUPPPORT THEREOF (PROPOSED) ORDER AND PROTECTIVE ORDER

I declare under penalty of perjury under the laws of the United States and the state of California, that the foregoing is true and correct.

Dated: March 4, 2009

                s/ Hector E. Salitrero

                Hector E. Salitrero, Declarant

### (Proposed) ORDER & PROTECTIVE ORDER

Based upon the Ex Parte Application of Plaintiffs, the Declaration submitted in support thereof, and good cause appearing,

IT IS HEREBY ORDERED,

That the Ex Parte Application is GRANTED,

And Plaintiffs' counsel, their agents, investigators and/or expert consultants, may have access to, and the California Highway Patrol ("CHP"), including Sgt. Lamerson, is(are) directed to allow access to, and release the evidence obtained and maintained by the CHP at their facility at 1500 Bell Drive, Atwater, CA 95301, in Case No. 2006 08 0117, regarding the automobile accident of August 23, 2006.

IT IS FURTHER ORDERED, THAT THIS ORDER IS SUBJECT TO THE FOLLOWING PROTECTIVE ORDER that,

Any and all evidence released to Plaintiffs' counsel, their agents, investigators and/or expert consultants by the CHP pursuant to this Order, 1) may not be subjected to destructive testing; 2) will be maintained and preserved, and made available to counsel for defendants, and their agents, investigator and/or expert consultants, in the future for non-destructive testing, examination and analysis; and Plaintiffs' Counsel will make such evidence available as evidence for

4

---

Case 2:08-cv-01898-JAM-EFB   Document 7   Filed 03/04/2009   Page 4 of 5

I declare under penalty of perjury under the laws of the United States and the state of California, that the foregoing is true and correct.

Dated: March 4, 2009

        s/ Hector E. Salitrero

        Hector E. Salitrero, Declarant

### (Proposed) ORDER & PROTECTIVE ORDER

Based upon the Ex Parte Application of Plaintiffs, the Declaration submitted in support thereof, and good cause appearing,

IT IS HEREBY ORDERED,

That the Ex Parte Application is GRANTED,

And Plaintiffs' counsel, their agents, investigators and/or expert consultants, may have access to, and the California Highway Patrol ("CHP"), including Sgt. Lamerson, is(are) directed to allow access to, and release the evidence obtained and maintained by the CHP at their facility at 1500 Bell Drive, Atwater, CA 95301, in Case No. 2006 08 0117, regarding the automobile accident of August 23, 2006.

IT IS FURTHER ORDERED, THAT THIS ORDER IS SUBJECT TO THE FOLLOWING PROTECTIVE ORDER that,

Any and all evidence released to Plaintiffs' counsel, their agents, investigators and/or expert consultants by the CHP pursuant to this Order, 1) may not be subjected to destructive testing; 2) will be maintained and preserved, and made available to counsel for defendants, and their agents, investigator and/or expert consultants, in the future for non-destructive testing, examination and analysis; and Plaintiffs' Counsel will make such evidence available as evidence for

4

EX PARTE APPLICATION FOR ORDER AUTHORIZING ACCESS TO EVIDENCE HELD BY CALIFORNIA HIGHWAY PATROL; DECLARATION IN SUPPPORT THEREOF (PROPOSED) ORDER AND PROTECTIVE ORDER

any future proceeding in the above-captioned action, including but not limited to trial.

SO ORDERED,

Dated: 3-5-09

_____
Hon. John A. Mendez or
~~Hon. Edmund F. Brennan~~

5