JAMES J. YUKEVICH (SBN 159896)
  *JYukevich@yukelaw.com*
THOMAS BORNCAMP (SBN 186730)
  *TBorncamp@yukelaw.com*
PATRICIA E. BALL (SBN 229333)
  *PBall@yukelaw.com*
YUKEVICH CALFO & CAVANAUGH
601 S. Figueroa Street, 38th Floor
Los Angeles, CA 90017
Telephone:   (213) 362-7777
Facsimile:   (213) 362-7788

Attorneys for Defendant
MICHELIN NORTH AMERICA, INC.
(*erroneously sued as The Uniroyal Goodrich Tire Company*) and MICHELIN AMERICAS RESEARCH AND DEVELOPMENT CORPORATION (*erroneously sued as Michelin Americas Research Corporation*)

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR de MARIA GONZALEZ-MARTINEZ, individually; EGON WILFREDO GONZALEZ MARTINEZ, individually; and BLANCA CLEMENCIA GALAN-RUBALLO, individually, ANGEL ROBERTO GONZALEZ-GALAN, a minor by MARGARITA COLON, his Guardian ad Litem<br><br>       Plaintiffs,<br><br>       vs.<br><br>MICHELIN NORTH AMERICA, INC., a New York corporation, MICHELIN AMERICAS RESEARCH CORPORATION; a Delaware corporation, THE UNIROYAL GOODRICH TIRE COMPANY, a Delaware corporation;<br><br>       Defendants. | Case No.: 2:08-CV-01898-JAM-EFB<br><br>**ORDER AND STIPULATION OF COUNSEL FOR EXTENSION OF TIME FOR DEFENDANT MICHELIN NORTH AMERICA, INC. TO RESPOND TO COMPLAINT** |

243421.1 / 28-968

1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between Plaintiffs FLOR de MARIA GONZALEZ-MARTINEZ, EGON WILFREDO GONZALEZ MARTINEZ, BLANCA CLEMENCIA GALAN-RUBALLO, ANGEL ROBERTO GONZALEZ-GALAN, through their counsel of record, and Defendant MICHELIN NORTH AMERICA, INC. ("MNA")[1] through their respective counsel of record, as follows:

Defendant Michelin North America, Inc. shall have an extension of time to answer or otherwise respond to Plaintiff's Complaint, up to and including April 12, 2009. A copy of the written confirmation is attached as "Exhibit A."

DATE: _____, 2009     LAW OFFICES OF FERNANDO F. CHAVEZ

By: _____
Fernando F. Chavez
Hector E. Salitrero
Attorneys for Plaintiffs
MARIA GONZALEZ-MARTINEZ, EGON WILFREDO GONZALEZ MARTINEZ, BLANCA CLEMENCIA GALAN-RUBALLO, and ANGEL ROBERTO GONZALEZ-GALAN

---

[1] Effective January 1, 2008, Michelin Americas Research and Development Corporation ("MARC") *(erroneously sued herein as Michelin Americas Research Corporation)*, a Delaware Corporation, merged with Michelin North America, Inc., a New York Corporation.

243421.1 / 28-968                              2

PDF created with pdfFactory trial version www.pdffactory.com

1

2  DATE: _____, 2009          YUKEVICH CALFO & CAVANAUGH

3

4                                    By: _____
5                                        James J. Yukevich
                                         Thomas Borncamp
6                                        Patricia E. Ball
7                                        Attorneys for Defendant
                                         MICHELIN NORTH AMERICA,
8                                        INC.  (*erroneously sued as The
                                         Uniroyal Goodrich Tire Company*)
9                                        and MICHELIN AMERICAS
                                         RESEARCH AND
10                                       DEVELOPMENT CORPORATION
                                         (*erroneously sued as Michelin
11                                       Americas Research Corporation*)

12

13

14
    There being good cause, IT IS SO ORDERED.
15

16  DATED:  April 2, 2009
                                         /s/ John A. Mendez_____
17                                       U. S. DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

243421.1 / 28-968                    3

PDF created with pdfFactory trial version www.pdffactory.com